IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:24-cr-00640-MLG-1

HERBERT BEN, JR.,

    Defendant.

## VERDICT

1. WE, THE JURY, find the defendant, **Herbert Ben, Jr.**, __Guilty__,

   (*Guilty* or *Not Guilty*) of aggravated sexual abuse as charged in Count 1 of the Indictment.

2. WE, THE JURY, find the defendant, **Herbert Ben, Jr.**, __Guilty__,

   (*Guilty* or *Not Guilty*) of aggravated sexual abuse as charged in Count 2 of the Indictment.

3. WE, THE JURY, find the defendant, **Herbert Ben, Jr.**, __Not Guilty__,

   (*Guilty* or *Not Guilty*) of abusive sexual contact as charged in Count 3 of the Indictment.

DATED this __12__ day of March, 2026.

███████████████████
FOREPERSON

29